[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10832
Non-Argument Calendar
_____

D.C. Docket No. 6:12-cr-00188-ACC-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL C. LORENZ, III,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 6, 2013)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

James W. Smith III, appointed counsel for Paul Lorenz III in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396

(1967).   Our independent review of the entire record reveals that counsel's

assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lorenz's conviction and sentence are **AFFIRMED**.